IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCIS P. LAGANELLA,** | : | |
| Plaintiff | : | No. 1:16-cv-518 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| **CORPORAL TERRY WEALAND,** | : | |
| Defendant | : | |

# ORDER

Before the Court in the above-captioned case is the December 9, 2016 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 21.) No timely objections have been filed. **ACCORDINGLY**, on this 29th day of December 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 21), of Magistrate Judge Saporito;

2. Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 15), is **GRANTED**;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED WITH PREJUDICE** as further leave to amend would be futile;

4. Plaintiff's motion to appoint counsel (Doc. No. 18), is **DENIED AS MOOT**; and

5. The Clerk of Court is directed to close the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania